## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

<u>Ellen Klimek</u>
Plaintiff
     v.                                                   Case No. 1:07-cv-00412-JL
<u>Nader's Auto World, LLC</u>
Defendant

### **<u>Order</u>**

      Upon consideration of plaintiff's Motion for Default Judgment, affidavit of damages and memo of law, judgment is entered in favor of plaintiff in the amount of $1,000.

                                              /s/ James R. Muirhead
                                             Hon. James R. Muirhead